UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br>   Plaintiff,<br> v.<br>PATRICIA E. DURAN,<br>   Defendant. | Case No. 20-cv-08724-SVK<br><br>**ORDER ON (1) PROPOSED CONSENT DECREE AND (2) STIPULATION TO FOREGO JOINT SITE INSPECTION**<br><br>Re: Dkt. Nos. 11, 12 |

Before the Court are the parties' requests that the Court enter orders on (1) a proposed consent decree (Dkt. 11) and (2) a stipulation to forego the joint site inspection (Dkt. 12). The Court will not enter the proposed consent decree as submitted. The consent decree proposes that "The Court shall retain jurisdiction of this action to enforce provisions of this Order for twenty-four (24) months after the date of this Consent Decree, or until the relief contemplated by this Order is completed, whichever occurs later." Dkt. 11 ¶ 11. General Order 56 ¶ 9 states that in ADA cases, the Court will retain jurisdiction to enforce the settlement if the parties' settlement is conditioned upon future conduct such as remediation. However, the Court will retain jurisdiction for only a necessary, reasonable, and defined period of time.

Here, the remediation plan contained in the proposed consent decree categorizes all work to be performed as "Stage 1" work, and defines the schedule for completion of "Stage 1" work to be one to three months. Dkt. 11-1 at 4 ¶ 5; *see also id.* at 8-17. Although the consent decree contains language stating that this timeframe is "estimated" (Dkt. 11 ¶ 8), the parties have not shown that it is necessary for the Court to retain jurisdiction for a potentially unlimited period. Accordingly, the Court DENIES the parties' proposed consent decree as drafted. This denial is without prejudice to the parties negotiating and submitting a revised consent decree that states that the Court will retain jurisdiction for 12 months or until completion of the remediation, whichever

1  occurs first.

2  Because the parties' stipulation to forego the joint site inspection (Dkt. 12) is predicated on
3  entry of the consent decree, that stipulation is also DENIED without prejudice to resubmission
4  when and if the parties submit a revised proposed consent decree.

5  **SO ORDERED.**

6  Dated: February 22, 2021

*[signature]*

SUSAN VAN KEULEN
United States Magistrate Judge